**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: PETITION FOR CHANGE OF     :   No. 184 WAL 2015
NAME OF A.W.H.     :
    :
    :   Petition for Allowance of Appeal from
PETITION OF: A.N.H.     :   the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 17th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.